UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINDSOR VILLAGE CONDOMINIUM OWNER'S ASSOCIATION | * * * | CIVIL ACTION NO: 3:21-cv-00468-BAJ-SDJ |
| VERSUS | * * | JUDGE BRIAN A. JACKSON |
| BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY and AMGUARD INSURANCE COMPANY | * * | MAGISTRATE JUDGE SCOTT D. JOHNSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**AMGUARD INSURANCE COMPANY'S**
***EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
MOTION TO COMPEL LUKE IRWIN'S DOCUMENT PRODUCTION**

Defendant AmGUARD Insurance Company seeks leave to file the attached reply in support of its motion to compel Luke Irwin's document production (R. Doc. 94) and in response to Mr. Irwin's memorandum in opposition (R. Doc. 105). This Court should grant AmGUARD's motion for leave for the following reasons:

1.

The attached reply memorandum complies with the page limits identified in the Middle District of Louisiana's local rules[1] and is submitted directly to respond to the issues Mr. Irwin raises in his opposition.

2.

Since filing the motion to compel (R. Doc. 94), AmGUARD has agreed to narrow its subpoena to only two outstanding requests as explained in detail in AmGUARD's reply brief.

---

[1] The deadline to file a reply brief in response to Mr. Irwin's opposition memorandum (R. Doc. 105) was August 28, 2024. AmGUARD filed its reply on August 28, 2024 (R. Doc. 106), but inadvertently omitted the motion to seek leave to file the reply.

1

3.

AmGUARD believes the reply will help this Court resolve AmGUARD's pending motion.

4.

Therefore, this Court should grant AmGUARD leave to file the attached reply and consider the reply in resolving AmGUARD's pending motion to compel Luke Irwin's document production.

      Respectfully submitted,

      */s/ Laurence D. LeSueur, Jr.*
      John W. Joyce, 27525
      Laurence D. LeSueur, Jr., 35206, T.A.
      Lance W. Waters, 37351
      BARRASSO USDIN KUPPERMAN
       FREEMAN & SARVER, L.L.C.
      909 Poydras Street, Suite 2350
      New Orleans, Louisiana  70112
      Telephone:  504/589-9700
      Facsimile:  504/589-9701
      jjoyce@barrassousdin.com
      llesueur@barrassousdin.com
      lwaters@barrassousdin.com

      *Attorneys for AmGUARD Insurance Company*