## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINDSOR VILLAGE CONDOMINIUM<br>OWNER'S ASSOCIATION | * <br> * <br> * | CIVIL ACTION NO:<br>   3:21-cv-00468-BAJ-SDJ |
| VERSUS | * <br> * | JUDGE BRIAN A. JACKSON |
| BERKSHIRE HATHAWAY GUARD<br>INSURANCE COMPANY and AMGUARD<br>INSURANCE COMPANY | * <br> * | MAGISTRATE JUDGE<br>SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMGUARD INSURANCE COMPANY'S
## *EX PARTE* MOTION TO STRIKE

Defendant AmGUARD Insurance Company respectfully moves this Court to strike its previously filed reply memoranda (R. Doc. 106 and R. Doc. 107). Those two reply briefs, filed on August 28, 2024, inadvertently omitted the corresponding motion to seek leave as required by the Local Civil Rule 7(f). AmGUARD's motions for leave (Rec. Doc. 108 and 109) correct that oversight and, attached to those motions for leave, are reply memoranda substantively identical to those previously filed on August 28, 2024.

AmGUARD respectfully requests that this Court grant this motion to strike.

        Respectfully submitted,

        */s/ Laurence D. LeSueur, Jr.*
        John W. Joyce, 27525
        Laurence D. LeSueur, Jr., 35206, T.A.
        Lance W. Waters, 37351
        BARRASSO USDIN KUPPERMAN
         FREEMAN & SARVER, L.L.C.
        909 Poydras Street, Suite 2350
        New Orleans, Louisiana 70112
        Telephone: 504/589-9700
        Facsimile: 504/589-9701
        jjoyce@barrassousdin.com
        llesueur@barrassousdin.com
        lwaters@barrassousdin.com

        *Attorneys for AmGUARD Insurance Company*