UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WINDSOR VILLAGE CONDOMINIUM OWNER'S ASSOCIATION | CIVIL ACTION |
| VERSUS | |
| BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY, ET AL. | NO. 21-00468-BAJ-SDJ |

ORDER

Considering Defendant's **Motion For Leave To Serve Subpoena For Oral Testimony At Hearing Of Motion (Doc. 127)**,

**IT IS ORDERED** that the Plaintiff shall file any opposition by October 7, 2024.

Baton Rouge, Louisiana, this 1st day of October, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA