UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WINDSOR VILLAGE CONDOMINIUM OWNER'S ASSOCIATION | CIVIL ACTION |
| VERSUS | |
| BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY, ET AL. | NO. 21-00468-BAJ-SDJ |

ORDER

Considering Plaintiff's **Motion For Leave To File Reply In Support Of Motion To Enforce Appraisal Award (Doc. 145)** and Defendant's **Motion For Leave To File Reply In Support Of Motion To Vacate Appraisal Award (Doc. 144)** (collectively, the "Motions"),

**IT IS ORDERED** that the Motions be and are hereby **DENIED**. The Court has received well over one hundred pages of briefing from the parties regarding the appraisal award already, and the Replies offered by both Plaintiff and Defendant raise the same arguments as their previous filings. Additional, duplicative briefing does not aid the Court, and it is within the Court's discretion to refuse to receive such pleadings. *See Harvey v. Preload, L.L.C.*, No. 23-30120, 2023 WL 6442598, at *4 (5th Cir. Oct. 3, 2023).

Baton Rouge, Louisiana, this 15th day of October, 2024

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA