UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WINDSOR VILLAGE CONDOMINIUM** | * | **CIVIL ACTION NO:** |
| **OWNER'S ASSOCIATION** | * | **3:21-cv-00468-BAJ-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE BRIAN A. JACKSON** |
| | * | |
| **BERKSHIRE HATHAWAY GUARD** | * | **MAGISTRATE JUDGE** |
| **INSURANCE COMPANY and** | * | **SCOTT D. JOHNSON** |
| **AMGUARD INSURANCE COMPANY** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16(c), plaintiff Windsor Village Condominium Owner's Association and defendant AmGUARD Insurance Company notify the Court that the parties have reached a settlement of all claims in this matter. The parties have provided notice via email to this Court and to the Clerk of the settlement of this case. The parties respectfully request that the Court issue a 60-day conditional order of dismissal and suspend all scheduled deadlines, conferences, and hearing and trial dates in this case pending memorialization the parties' settlement.

Respectfully submitted,

| | |
|---|---|
| s/ Aaron Arenas | s/ Laurence D. LeSueur, Jr. |
| Michael Barcus, 38979 | John W. Joyce, 27525 |
| Aaron Arenas, *pro hac vice* | Laurence D. LeSueur, 35206 |
| Barcus Arenas PLLC | Lance W. Waters, 37351 |
| 2200 North Loop West, Suite 108 | R. Chad Thornton, 40970 |
| Houston, Texas 77018 | BARRASSO USDIN KUPPERMAN |
| Telephone: 800-941-1041 | FREEMAN & SARVER, L.L.C. |
| Facsimile: 888-441-4177 | 909 Poydras Street, Suite 2350 |
| michael@barcusarenas.law | New Orleans, Louisiana 70112 |
| aaron@barcusarenas.law | Telephone: (504) 589-9700 |
| | jjoyce@barrassousdin.com |
| *Attorneys for Plaintiff Windsor Village* | llesueur@barrassousdin.com |
| *Condominium Owner's Association* | lwaters@barrassousdin.com |
| | cthornton@barrassousdin.com |
| | |
| | *Attorneys for Defendant AmGUARD* |
| | *Insurance Company* |